**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

KERI EVERHART,

          Plaintiff,

vs.

CHASE BANK USA, N.A.

          Defendant.

Case No. **1:18-cv-02620-GLR**

**NOTICE OF SETTLEMENT AND FOR TERM TO FILE DISMISSAL PLEADING**

Plaintiff, Keri Everhart, by and through undersigned counsel, hereby gives notice that Plaintiff and Defendant, Chase Bank USA, N.A., have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests fourteen (14) days to finalize the settlement documents and file proper pleadings to close this matter. Plaintiff also requests, with the consent of Defendant, that pending the dismissal pleading, all case deadlines be set aside.

Dated:        2/20/2019

By:    **/s/ Carlos C. Alsina**
        Carlos C. Alsina-Batista
        *Pro Hac Vice* Admitted
        The Law Offices of Jeffrey Lohman, P.C.
        4740 Green River Road, Suite 310
        Corona, CA 92880
        Tel. (657) 363-3331
        Fax (657) 246-1311
        Email: CarlosA@jlohman.com
        Attorney for Plaintiff, Keri Everhart

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February, 2019, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically

give notice to all counsel of record, including counsel for Defendant.

BY: */s/ Carlos C. Alsina*
Attorney for Plaintiff, Keri Everhart