UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| KERI EVERHART,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>　　　　Defendants. | Case No: 18-cv-02620-ADC<br><br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** |

　　　　Plaintiff, Keri Everhart ("Plaintiff"), and Defendant Chase Bank USA, N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear their own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ E. Hutchison Robbinson Jr.*
*(with permission)*
E. Hutchinson Robbins, Jr.
Attorney for Defendant,
Chase Bank USA, N.A.
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21201  T: (410) 385-3408
F: (410) 698-4518
erobbins@milesstockbridge.com
*COUNSEL FOR DEFENDANT*

*/s/ Anitra Ash-Shakoor*
Anitra Ash-Shakoor
Capital Justice
1300 I Street, NW, Suite 400
Washington, DC
T: 202-465-0888
F: 202-827-0089
E: a.ashshakoor@capitaljustice.com
*COUNSEL FOR PLAINTIFF*

*/s/ David D. Switzler* *(with permission)*
David D. Switzler
Strook and Strook and Lavan LLP
200 S. Biscayne Blvd., Suite 3100
Miami, FL 33131
T: (305) 789-9341
F: (305) 789-9302
E: dswitzler@strook.com
*COUNSEL FOR DEFENDANT*

*/s/ Carlos Alsina-Batista*
Carlos Alsina-Batista
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: 657-363-3331
F: 657-363-1311
E: carlosa@jlohman.com
*COUNSEL FOR PLAINTIFF Pro hac vice*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| KERI EVERHART,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>　　　　Defendants. | Case No: 1:18-cv-02620-GLR<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

## [PROPOSED] ORDER OF DISMISSAL

Plaintiff, Keri Everhart ("Plaintiff"), and Defendant, Chase Bank USA, N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERRED.

DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　A. David Coperthite
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

*/s/ E. Hutchison Robbinson Jr. (with permission)*
E. Hutchinson Robbins, Jr.
Attorney for Defendant, Chase Bank USA, N.A.
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21201
T: (410) 385-3408
F: (410) 698-4518
E: erobbins@milesstockbridge.com
*COUNSEL FOR DEFENDANT*

*/s/ David D. Switzler (with permission)*
David D. Switzler
Strook and Strook and Lavan LLP
200 S. Biscayne Blvd., Suite 3100
Miami, FL 33131
T: (305) 789-9341
F: (305) 789-9302
E: dswitzler@strook.com
*COUNSEL FOR DEFENDANT*

*/s/ Carlos Alsina-Batista*
Carlos Alsina-Batista
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: 657-363-3331
F: 657-363-1311
E: carlosa@jlohman.com