UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| KERI EVERHART,<br><br>   Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>   Defendants. | Case No: 1:18-cv-02620-GLR<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

[~~PROPOSED~~] ORDER OF DISMISSAL

Plaintiff, Keri Everhart ("Plaintiff"), and Defendant, Chase Bank USA, N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERRED.

DATED: 13 March 2019

_____
A. David Coperthite
United States Magistrate Judge

2